MINNIE BLACK, APPELLANT, v. CECIL H. McMAHON, JUDGE, ETC., RESPONDENT.

Submitted May 26, 1944—Decided September 14, 1944.

For the appellant, *Louis K. Press.*

For the respondent, *Walter D. Van Riper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.